Opinion filed February 16,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00247-CV

                                                    __________

 

LARRY BOHANNON AND ADOBE
OILFIELD 

SERVICES, LTD., Appellants

 

                                    
V.

 

TRILOGY OPERATING, INC.,
CHRIS SMITH,

 AND MICHAEL G. MOONEY,
Appellees



 

                                   On
Appeal from the 238th District Court

                                                         Midland
County, Texas

                                                   Trial
Court Cause No. CV47294

 



            

                                            M
E M O R A N D U M    O P I N I O N

            Larry
Bohannon and Adobe Oilfield Services, Ltd. are the appellants in this appeal.  They have filed an unopposed motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1).  In the
motion, appellants state that “[a] settlement agreement has been reached
between the parties, part of which calls for the dismissal of this appeal.”  Therefore,
in accordance with appellants’ request, we dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                    PER
CURIAM

February 16,
2012

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.